PROB 12C
(6/16)

Report Date: February 11, 2022

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Duane Edward Martin            Case Number: 0980 1:19CR02025-SAB-1

Address of Offender: 1580 Tear Road, Grandview, Washington 98930

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 20, 2019

Original Offense:        Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 942(a)(2)

Original Sentence:       Prison - 33 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Thomas J. Hanlon              Date Supervision Commenced: August 20, 2021

Defense Attorney:        Alex B. Hernandez, III        Date Supervision Expires: April 19, 2024

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Duane Martin is considered to be in violation of his supervised release conditions by being unsuccessfully discharged from substance abuse treatment at Merit Resource Services (Merit) on January 18, 2022.

On August 24, 2021, Mr. Martin reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

On February 10, 2022, this officer spoke with Mr. Martin's counselor at Merit. The counselor reported that Mr. Martin was unsuccessfully discharged from treatment services at Merit as he did not make contact with their agency on or before January 18, 2021. As of this date, Mr. Martin's treatment file at Merit has been closed.

Prob12C
**Re: Martin, Duane Edward**
**February 11, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 11, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/11/2022

Date