PROB 12C
(6/16)

Report Date: May 26, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Duane Edward Martin | Case Number: 0980 1:19CR02025-SAB-1 |
| Address of Offender: ■■■■■■■■■■■■■■■■■■■■ | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: November 20, 2019 | |
| Original Offense: Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 942(a)(2) | |
| Original Sentence: Prison - 33 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Matthew Alan Stone | Date Supervision Commenced: August 20, 2021 |
| Defense Attorney: Alex B. Hernandez, III. | Date Supervision Expires: April 19, 2024 |

### PETITIONING THE COURT

To issue a summons.

On August 24, 2021, Mr. Martin reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Duane Martin is considered to be in violation of his supervised release conditions by failing to enter an approved substance abuse treatment program as directed as of May 20, 2022.

On April 4, 2022, this officer met with Mr. Martin at his residence, instructed him to contact his treatment provider and enter a substance abuse treatment program.

Prob12C
**Re: Martin, Duane Edward**
May 26, 2022
Page 2

On May 3, 2022, this officer met with Mr. Martin at his residence and discussed his progress with a treatment program. Mr. Martin stated he had not started a treatment program and would contact his treatment provider.

On May 20, 2022, this officer spoke with Mr. Martin to follow up on his treatment status. Mr. Martin stated he was not in a treatment program.

2    **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Duane Martin is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about May 1, 2022.

On May 3, 2022, this officer met with Mr. Martin at his residence and directed him to submit to urinalysis testing. Mr. Martin stated that he could not provide a specimen. Mr. Martin stated he wanted to be honest with this officer and self-admitted he consumed methamphetamine overnight on May 1, 2022.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 26, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[x]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

5/26/2022
Date