PROB 12C
(6/16)

Report Date: August 10, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Duane Edward Martin     Case Number: 0980 1:19CR02025-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮ Grandview, Washington 98930

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 20, 2019

Original Offense:  Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 942(a)(2)

Original Sentence:  Prison - 33 months     Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney:  Matthew Alan Stone     Date Supervision Commenced: August 20, 2021

Defense Attorney:  Alex B. Hernandez, III     Date Supervision Expires: April 19, 2024

---

## PETITIONING THE COURT

To issue a summons.

On August 24, 2021, Mr. Martin reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

    1      **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

     **Supporting Evidence**:  Duane Martin is considered to be in violation of his supervised release conditions by being unsuccessfully discharged from inpatient treatment and failing to allow full reciprocal disclosure between the probation officer and treatment provider on or about August 1, 2022.

     On August 4, 2022, this officer contacted Sundown M Ranch (Sundown) to obtain Mr. Martin's treatment status. The admissions staff stated they could neither confirm nor deny that Mr. Martin was a patient at their facility.  This officer then made several attempts to contact Mr. Martin.  I spoke with Mr. Martin's girlfriend's mother and she stated to be unsure if Mr. Martin was at home or in treatment.

Prob12C
**Re: Martin, Duane Edward**
**August 10, 2022**
Page 2

        This officer later received a call from Mr. Martin. He stated he was discharged from Sundown on August 1, 2022, for medical reasons. Mr. Martin would not elaborate what those reasons were.

        On August 5, 2022, this officer met with Mr. Martin at his residence. This officer asked Mr. Martin why he was discharged from treatment and he stated it was for medical reasons. This officer let Mr. Martin know that Sundown could not share any information about his treatment. This officer asked Mr. Martin why he did not allow for full reciprocal disclosure between this officer and Sundown. Mr. Martin did not answer. This officer asked Mr. Martin why he had not reported to this officer upon his discharge as previously instructed. Mr. Martin stated he was afraid.

        As of the date of this report, this officer has not been able to verify any treatment information from Sundown.

2      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Duane Martin is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for urinalysis (UA) testing on August 5, 2022.

        On August 5, 2022, this officer met with Mr. Martin at his residence. Mr. Martin was directed to submit to UA testing at Merit in Sunnyside, Washington, on this date before the end of business day. Mr. Martin stated he would report to Merit and submit a UA.

        On August 8, 2022, this officer received notice from Merit that Mr. Martin failed to show on August 5, 2022, for UA testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 10, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Martin, Duane Edward
August 10, 2022
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

_8/11/2022_
Date