PROB 12C
(6/16)

Report Date:  August 30, 2022

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2022

SEAN F. MCAVOY, CLERK

Name of Offender: Duane Edward Martin          Case Number: 0980 1:19CR02025-SAB-1

Address of Offender ▆▆▆▆▆▆▆▆ Grandview, Washington 98930

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 20, 2019

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), and 942(a)(2) |
| Original Sentence: | Prison - 33 months  TSR - 36 months |
| Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Michael D. Murphy |
| Date Supervision Commenced: August 20, 2021 | |
| Defense Attorney: | To be assigned |
| Date Supervision Expires: April 19, 2024 | |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 08/10/2022.

On August 24, 2021, Mr. Martin reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Duane Edward Martin is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for urinalysis (UA) testing on August 18 and 25, 2022.

Mr. Martin was referred to the Merit  UA color line and was to report with the color brown was called.  On August 19, 2022, this officer received notice from Merit, that Mr. Martin failed to show on August 18, 2022, for UA testing when the color brown was called.

Prob12C
**Re: Martin, Duane Edward**
**August 30, 2022**
**Page 2**

On August 26, 2022, this officer received notice from Merit, that Mr. Martin again failed to show on August 25, 2022, for UA testing when his color was called.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/30/2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[ X ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[ X ]  Defendant to appear before the Magistrate Judge.
[  ]  Other

Signature of Judicial Officer

8/30/2022

Date