PROB 12C
(6/16)

Report Date: September 15, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Duane Edward Martin | Case Number: 0980 1:19CR02025-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓ Grandview, Washington 98930 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: November 20, 2019 | |
| Original Offense: Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), and 942(a)(2) | |
| Original Sentence: Prison - 33 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Michael D. Murphy | Date Supervision Commenced: August 20, 2021 |
| Defense Attorney: To be Assigned | Date Supervision Expires: April 19, 2024 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/10/2022 and 8/30/2022.

On August 24, 2021, Mr. Martin reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.<br><br>**Supporting Evidence**: Duane Edward Martin is considered to be in violation of his supervised release conditions by failing to report law enforcement contact since September 10, 2022.<br><br>Per an email response from Union Gap Police Officer Shogren on September 14, 2022, and Union Gap Police Department report number 22U004229, dated September 10, 2022, Mr. Martin was contacted by Union Gap Police Department officers in response to a welfare check requested by a Cabelas employee. When Officer Shogren arrived, Officer North was communicating with Mr. Martin, who was sitting in the passenger seat of a light-colored sedan. Officer North identified Mr. Martin because he had drug paraphernalia in plain view, according to Officer North. Officer Shogren did not personally observe drugs or paraphernalia. |

Prob12C
**Re: Martin, Duane Edward**
**September 15, 2022**
**Page 2**

    Officer North took Mr. Martin's identification (ID) and handed it to Officer Shogren to run for wants/orders. Mr. Martin's ID was ran through WACIC/NCIC and Department of Licensing using the officer's vehicle's mobile data terminal, where it was discovered Mr. Martin was on probation or pretrial release. While Officer Shogren was running Mr. Martin's records, a Cabelas's employee approached him and said the driver of the sedan was still inside the store with a cart of items he had not paid for.

    The employee said they had observed Mr. Martin and the driver using what they believed were drugs between two vehicles before the driver entered the store. The employee and other associates strongly believed the driver would attempt to shoplift the items. It should be noted that both Officer North and Officer Shogren observed a large quantity of hats, clothing, an other items with tags still on them in the vehicle, as if they had been shoplifting from other stores. As of the date of this petition, Mr. Martin was not arrested nor has he been charged with a new crime.

    On September 14, 2022, this officer conducted a home visit and met with Mr. Martin. Mr. Martin did not notify this officer that he had law enforcement contact on September 10, 2022.

5    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Duane Edward Martin is considered to be in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for urinalysis (UA) testing on September 7, 2022.

    Mr. Martin was referred to the Merit UA color line and was to report when the color brown was called. On September 8, 2022, this officer received notice from Merit that Mr. Martin failed to show on September 7, 2022, for UA testing when the color brown was called.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/15/2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
Re: Martin, Duane Edward
September 15, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

9/15/2022
Date