PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2022

SEAN F. McAVOY, CLERK

U.S.A. vs.   Martin, Duane Edward    Docket No.    0980 1:19CR02025-SAB-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Phil J. Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Duane Edward Martin, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Yakima, Washington, on the 23rd day of September 2022, under the following conditions:

Court Order #1: The United States' oral Motion for Detention , ECF No.89, is granted. Defendant shall report to the Yakima County Jail, today, September 23, 2022, on or before 5:30 p.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Duane Edward Martin is alleged of being in violation of his pretrial release conditions by failing to self-surrender to the Yakima County Jail by 5:30 p.m. on September 23, 2022, as directed by the Court.

On September 23, 2022, Mr. Martin participated, by video, in an initial appearance on supervised release petitions. At the conclusion of the hearing, the Honorable U.S. Magistrate Judge James A. Goeke directed Mr. Martin to turn himself into the Yakima County Jail by 5:30 p.m. on September 23, 2022. Mr. Martin failed to self-surrender as directed by the Court and his current whereabouts is unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on   09/26/2022 |
| by | s/Phil Casey |
|  | Phil Casey<br>U.S. Pretrial Services Officer |

PS-8
Re: Martin, Duane Edward
September 26, 2022
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

September 26, 2022
Date