PROB 12C
(6/16)

Report Date:  June 5, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Duane Edward Martin                    Case Number: 0980 1:19CR02025-SAB-1

Address of Offender: ███████████████ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 20, 2019

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) & 942(a)(2) |
| Original Sentence: | Prison - 33 months;<br>TSR - 36 months |

| | | |
|---|---|---|
| Original Sentence: | Prison - 33 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 17, 2023) | Prison - 4 months;<br>TSR - 32 Months | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: April 17, 2023 |
| Defense Attorney: | Alex B. Hernandez, III. | Date Supervision Expires: December 19, 2025 |

---

## PETITIONING THE COURT

To issue a warrant.

On April 21, 2023, Mr. Martin reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Duane Edward Martin is considered to be in violation of his supervised release conditions by failing to report to his probation officer since May 30, 2023.

On May 25, 2023, this officer instructed Mr. Martin to report in person to his probation officer at the U.S. Probation Office in Yakima, Washington, on May 30, 2023.

On May 30, 2023, Mr. Martin failed to report to his probation officer.  This officer attempted to contact Mr. Martin with no success, to include leaving a message with his mother, requesting that he contact his probation officer.

Prob12C
**Re: Martin, Duane Edward**
**June 5, 2023**
**Page 2**

On June 2, 2023, at 4:43 p.m., Mr. Martin contacted his probation officer via text message and stated, "I totally spaced the appointment on Tuesday." Mr. Martin was instructed to report in person to the U.S. Probation Office on June 5, 2023.

On June 5, 2023, Mr. Martin reported to the U.S. Probation Office.

2        **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Duane Edward Martin is considered to be in violation of his supervised release conditions by failing to successfully complete a substance abuse treatment program since June 2, 2023.

On April 20, 2023, Mr. Martin was accepted as a patient at New Start Clinic in Yakima. On April 27, 2023, Mr. Martin commenced treatment services at New Start Clinic.

On May 15, 2023, Mr. Martin reported that he was not receiving services at New Start Clinic. Mr. Martin was encouraged to re-engage with treatment services.

On May 25, 2023, this officer spoke with Mr. Martin about his treatment status. Mr. Martin stated he had not been engaged with any treatment program. He was instructed to re-engage treatment services immediately. Mr. Martin was instructed to report in person to his probation officer on May 30, 2023, so he could provide information on progress made with his treatment provider. On May 30, 2023, Mr. Martin failed to report to his probation officer.

On June 2, 2023, this officer contacted New Start Clinic and Merit Resource Services; both providers reported that Mr. Martin was not a client in any treatment program.

3        **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Duane Edward Martin is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about June 4, 2023.

On June 5, 2023, Mr. Martin reported to the probation office and admitted that he consumed methamphetamine the day prior, on June 4, 2023.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

**Prob12C**
**Re: Martin, Duane Edward**
**June 5, 2023**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/05/2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

6/6/2023

Date