UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2024

SEAN F. McAVOY, CLERK

U.S.A. vs.    Duane Edward Martin    Docket No.    0980 1:19CR02025-SAB-1

**Petition for Warrant on Conditions of Pre-Revocation Hearing Release Conditions**

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Duane Edward Martin, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 6th day of November 2024, under the following pre-revocation hearing release conditions:

**Additional Condition 1:** Defendant shall enter into and successfully complete inpatient treatment.

**Additional Condition 2:** If Defendant leaves before or during the transport to the treatment facility, after arrival to the treatment facility, or is terminated from treatment for any reason, the treatment facility personnel shall immediately notify the United States Probation/Pretrial Services Officer, who shall in turn immediately notify the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 6, 2024, Mr. Martin made an initial appearance for supervised release violations in a petition filed on October 18, 2024. At the time of the hearing, all parties agreed to allow Mr. Martin to remain in the community and provided him the opportunity to start inpatient substance abuse treatment at James Oldham Treatment Center (JOTC), in Buena, Washington.

**Violation #1:** Duane Edward Martin is alleged to be in violation of his pre-revocation hearing release conditions by being unsuccessfully discharged from JOTC on December 3, 2024.

On December 3, 2024, staff at JOTC called this officer and reported Mr. Martin was being removed from the program because he consumed methamphetamine and fentanyl, and was dishonest with staff about his use of a controlled substance. Mr. Martin was removed from JOTC on December 3, 2024, and was directed to report to Triumph at 8 a.m. to update his treatment assessment.

On December 4, 2024, staff at Triumph called this officer and stated Mr. Martin did not show up at 8 a.m. for his appointment. Mr. Martin called Triumph, reported he was working and requested the appointment be rescheduled. Triumph rescheduled the appointment for December 6, 2024, at 9:30 a.m.

PRAYING THAT THE COURT WILL ISSUE A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    December 4, 2024

by    s/Phil Casey

Phil Casey
U.S. Pretrial Services Officer

Re: Martin, Duane
December 4, 2024
Page 2

THE COURT ORDERS

[ ]     No Action
[X]    The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]     Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

12/4/2024

Date